**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6754**

———————

TIMMIE E. LOCKLEAR,

Plaintiff - Appellant,

versus

BOYD BENNETT; HATTIE PIMPONG; SIDNEY
HARKLEROAD; LEIGH PIPPEN; APRIL SHOUP; DAVID
BOBO; WILLIE JOBE; DENNIS EDNEY; WILFORD FOX,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville. Graham C. Mullen, Chief
District Judge. (CA-04-31-1-1-MU)

———————

Submitted: July 15, 2004          Decided: July 23, 2004

———————

Before MOTZ, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Timmie R. Locklear, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Timmie R. Locklear appeals the district court's order dismissing his action filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Locklear v. Bennett, No. CA-04-31-1-1-MU (W.D.N.C. filed Apr. 2, 2004 & entered Apr. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED